UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 18-CR-243 (LAK) |
| -against- | |
| ANDREEA DUMITRU, | NOTICE OF MOTION TO ACQUIT AND FOR A NEW TRIAL |
| Defendant. | |

    PLEASE TAKE NOTICE that upon the annexed motion, Memorandum of Law, and upon all prior proceedings, the Defendant, Andreea Dumitru, by her attorneys, Sher Tremonte LLP, will move this Court before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, sitting at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York, as soon as counsel can be heard, for an order acquitting Defendant Andreea Dumitru of Count One or Count Two of the Indictment pursuant to Rule 29 and granting a Motion for a New Trial pursuant to Rule 33.

Dated: New York, New York
December 3, 2018

                              Respectfully submitted,

                              By: /s/ Justin M. Sher
                                    Justin M. Sher
                                    Allegra Noonan
                              Sher Tremonte LLP
                              90 Broad Street, 23rd Floor
                              New York, New York 10004
                              Tel:  212.202.2600
                              Fax:  212.202.4156
                              jsher@shertremonte.com

                              Jeffrey C. Hoffman
                              Windels Marx Lane & Mittendorf, LLP
                              156 West 56th Street
                              New York, New York 10019
                              Tel: 212.237.1018; Fax: 212.262.1215
                              jhoffman@windelsmarx.com

                              *Attorneys for Andreea Dumitru*