UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                                             18-cr-0243 (LAK)

ANDREEA DUMITRU,

                Defendant.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2019

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendant's motion for a judgment of acquittal or for a new trial [DI 73] is denied in all respects substantially for the reasons stated by the government as well as reasons previously expressed by the Court.

        SO ORDERED.

Dated:        January 2, 2019

                                                                   Lewis A. Kaplan
                                                             United States District Judge